Form NMDap

# UNITED STATES BANKRUPTCY COURT
### *for the*
### California Northern Bankruptcy Court

| | |
|---|---|
| In Re: Eddie Pascua Batoon and Flora Llanes Batoon, Debtor(s). | Case No.: 23–50592 |
| | Chapter: 11 |
| Eddie Pascua Batoon et al., Plaintiff(s) | Adversary No. 23–05022 |
| vs. | |
| Julia Durward, Defendant(s). | |

## ORDER AND NOTICE OF MISSING DOCUMENTS OR UNPAID FEES IN ADVERSARY PROCEEDING

According to the court's records, at the time of filing the complaint on 7/27/23, it appears that the above–named Plaintiff(s) did not file the required documents or, if applicable, pay the appropriate filing fee as indicated below:

☑ Adversary Cover Sheet

☐ Failure to Pay Filing Fee of $350.00

☐ Corporate Ownership Statement Pursuant to Fed. R. Bankr. P. 7007.1

☐ Other:

IT IS ORDERED that the Plaintiff(s) file the documents and/or pay the required filing fee within fourteen (14) days. Failure to comply within 14 days could result in the complaint being dismissed for lack of prosecution.

Dated: 7/27/23

By the Court:

Stephen L. Johnson
United States Bankruptcy Judge