Form SUM

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | |
|---|---|
| In Re:<br>Eddie Pascua Batoon and Flora Llanes Batoon Debtor(s)<br><br>Eddie Pascua Batoon Plaintiff(s)<br>vs.<br>Julia Durward Defendant(s)<br>(See attachment for additional plaintiff(s)) | Bankruptcy Case No.: 23-50592<br>Chapter: 11<br><br><br>Adversary Proceeding No. 23-05022 |

## SUMMONS AND NOTICE OF SCHEDULING CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

**Mailing Address:**
U.S. Bankruptcy Court
280 South First Street
Room 3035
San Jose, CA 95113

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

**Name and Address of plaintiff's attorney**

Robert P. Huckaby
Law Offices of Robert P. Huckaby
3330 Lake Tahoe Blvd #10
South Lake Tahoe, CA 96150

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a scheduling conference in the adversary proceeding commenced by filing of the complaint will be held at the following time and place.

| | |
|---|---|
| **DATE:** September 28, 2023 | **TIME:** 01:30 PM |
| **LOCATION:** Via Tele/Videoconference, www.canb.uscourts.gov/calendars | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. PLAINTIFF SHALL PROMPTLY SERVE A COPY OF THE BANKRUPTCY DISPUTE RESOLUTION PROGRAM INFORMATION SHEET ON ALL PARTIES. A COPY OF THE INFORMATION SHEET IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CANB.USCOURTS.GOV AND THE CLERK'S OFFICE.**



For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

Dated: 7/27/23

Katie Andersen
Deputy Clerk

# CERTIFICATE OF SERVICE

I, __ROBERT P. HUCKABY__ (name), certify that service of this summons and copy of the complaint was made __7-28-2023__ (date) by:

☒ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:
JULIA DURWARD
801 S. WINCHESTER BLVD. #6200
SAN JOSE, CA 95128

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendent at:

☐ Residence Service: By leaving the process with the following adult as:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addresses to the following officer of the defendant at:

☐ Publication: The defendant was served as follows:[Describe briefly]

☐ State Law: The defendant was served pursant to the laws of State of _____, as follows:[Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __7-28-2023__      Signature __[signed] Huckaby__
                        Print Name: __ROBERT P. HUCKABY__
                        Business Address: __3330 LAKE TAHOE BLVD #10__
                        __SOUTH LAKE TAHOE, CA 96150__

ADDITIONAL PLAINTIFFS/DEFENDANTS/ALIASES NOT LISTED ON THE FIRST PAGE

Flora Llanes Batoon, Plaintiff

Robert P. Huckaby, Attorney at Law
3330 Lake Tahoe Blvd. #10
South Lake Tahoe, CA 96150

TO:
Julia Durward
801 S. Winchester Blvd #6200
San Jose, CA 95128

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)         $ _____
☐ Return Receipt (electronic)       $ _____        Postmark
☐ Certified Mail Restricted Delivery $ _____         Here
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Postage and Fees
$

Sent To JULIA DUNWARD
Street and Apt. No., or PO Box No.
801 S. WINCHESTER BLVD #6200
City, State, ZIP+4
SAN JOSE, CA 95128

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7022 0410 0000 3969 5813

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)         $ _____
☐ Return Receipt (electronic)       $ _____        Postmark
☐ Certified Mail Restricted Delivery $ _____         Here
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Postage and Fees
$

Sent To JULIA DUNWARD
Street and Apt. No., or PO Box No.
801 S. WINCHESTER BLVD #6200
City, State, ZIP+4
SAN JOSE, CA 95128

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7022 0410 0000 3969 5813