| | | |
|---|---|---|
| 1 | LAW OFFICE OF WILLIAM J. HEALY<br>WILLIAM J. HEALY #146158 | Case Name: In re Rene M. Duenas<br>Case No.: 22-51136 |
| 2 | 748 Holbrook Pl<br>Sunnyvale, CA 94087 | AP Case Name: Amy T. Nguyen-Chyung, et al v.<br>Rene M. Duenas |
| 3 | Tel. (408) 373-4680 | AP Case No.: 23-05022 |

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**CERTIFICATE OF SERVICE**

I declare that I am employed in the County of Santa Clara, California; I am over the age of 18 years, and not a party to the within entitled cause; my address is 748 Holbrook Pl, Sunnyvale, CA 94087.

On August 27, 2023, I served a copy of:

1. **NOTICE OF HEARING ON MOTION TO DISMISS COMPLAINT PURSUANT TO FED.R.CIV. 12(b), FOR A MORE DEFINITE STATEMENTS PURSUANT TO FED.R.CIV. 12(e), AND MOTION TO STRIKE PURSUANT TO**
2. **MOTION TO DISMISS COMPLAINT PURSUANT TO FED.R.CIV. 12(b), FOR A MORE DEFINITE STATEMENTSPURSUANT TO FED.R.CIV. 12(e), AND MOTION TO STRIKE PURSUANT TOFED.R.CIV. 12 (F); and**
3. **CERTIFICATE OF SERVICE**

BY MAIL, ECF, OR AS OTHERWISE NOTED, by placing a true copy thereof enclosed in a sealed envelope addressed to:

| | |
|---|---|
| All ECF Recipients | VIA ECF |
| Robert P. Huckaby, CA Bar #97633<br>3330 Lake Tahoe Blvd. #10<br>South Lake Tahoe, CA 96150 | VIA ECF |

I am familiar with the firm's practice for collecting and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Sunnyvale, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury, under the laws of California, that the foregoing is true and correct. Executed on August 27, 2023, at Sunnyvale, California.

*/s/ William J. Healy*
William J. Healy