Case: 23-05022    Doc# 11    Filed: 08/28/23    Entered: 08/28/23 14:33:21    Page 1 of 2

LAW OFFICE OF WILLIAM J. HEALY
WILLIAM J. HEALY, #146158
748 Holbrook Pl.
Sunnyvale, CA 94087
Telephone: (408) 373-4680

ATTORNEYS FOR
JULIA DURWARD, individually and
as a member of Ginger Mountain Lodge LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

In re:

EDDIE PASCUA BATOON and
FLORA LLANES BATOON,

Debtors.

Case No. 23-50592

CHAPTER 7

**NOTICE OF MOTION TO DISMISS COMPLAINT PURSUANT TO FED.R.CIV. 12(b)(1) OR ALTERNATIVELY COMPEL ALTERNATIVE DISPUTE RESOLUTION AND STAY ACTION, DISMISS FOR IMPROPER VENUE PURSUANT TO FED.R.CIV. 12 (b)(3), OR DISMISS FOR FAILURE TO STATE A CAUSE OF ACTION PURSUANT TO FED.R.CIV. 12 (b)(6)**

Hearing Date: October 31, 2023
Hearing Time: 1:30 p.m.
Hearing Location:
    Courtroom 9
    Via Video/Teleconference
Hon. Stephen L. Johnson

**Adversary Proceeding No.** 23-05022

EDDIE PASCUA BATOON and
FLORA LLANES BATOON,

   Plaintiffs,

v.

JULIA DURWARD, as an individual and
Member of Ginger Mountain Lodge LLC,
and DOES 1 TO 10,

   Defendants.

Page 1

TO THE HONORABLE STEPHEN L. JOHNSON AND PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN THAT JULIA DURWARD, individually and as a member of Ginger Mountain Lodge LLC ("Durward" or "Movant") moves to dismiss the Complaint (Doc#1) pursuant to Fed.R.Civ. 12 (b)(1) or alternatively compel alternative dispute resolution and stay action, to dismiss for improper venue pursuant to Fed.R.Civ. 12 (b)(3), or dismiss for failure to state a cause of action pursuant to Fed.R.Civ. 12 (b)(6) ("Motion")[1].

**PLEASE TAKE FURTHER NOTICE** that the Motion is set for hearing before the Honorable Stephen L. Johnson, United States Bankruptcy Judge, to be held via Zoom video/teleconference in Courtroom 9, 280 S. First Street, San Jose, California 95113, on October 31, 2023 on the Court's 1:30 p.m. calendar.

**PLEASE TAKE FURTHER NOTICE** that all counsel, parties, and other interested persons shall consult each judges' practices and procedures for instructions as to how to notice a hearing before that judge and information about how that judge conducts hearings (whether in-person, by video, or by telephone).

**PLEASE TAKE FURTHER NOTICE** that Local Bankruptcy Rule 7007-1(b) requires that any opposition to the Motion be filed with the clerk of the Bankruptcy Court and served upon counsel for the Movant at the address set forth in the upper left-hand corner of the first page hereof not later than fourteen (14) days prior to the hearing date.

**WHEREFORE**, the Movant respectfully requests that the Court enter an order:

(1) dismissing Plaintiff's complaint;

(2) compel alternative dispute resolution and stay action; and

(3) granting such other and further relief as the Court deems just and proper.

Dated: August 28, 2023     LAW OFFICE OF WILLIAM J. HEALY
    */s/ William J. Healy*
    William J. Healy

---

[1] "Fed.Rules.Civ.Proc.", of "Fed.R.Civ." or "FRCP" means the Federal Rules of Civil Procedure.