```
1  LAW OFFICE OF WILLIAM J. HEALY
   WILLIAM J. HEALY, #146158
2  748 Holbrook Pl.                    The following constitutes the order of the Court.
   Sunnyvale, CA 94087                 Signed: September 22, 2023
3  Telephone:  (408) 373-4680

4  ATTORNEYS FOR
   JULIA DURWARD, individually and
5  as a member of Ginger Mountain Lodge LLC

                                       _____
6                  UNITED STATES BANKRUPTCY COURT
                                       Stephen L. Johnson
                                       U.S. Bankruptcy Judge
7                  NORTHERN DISTRICT OF CALIFORNIA

8                          (San Jose Division)

9  In re:                              )
                                       )  Case No. 23-50592
10 EDDIE PASCUA BATOON and             )
   FLORA LLANES BATOON,                )  CHAPTER 11
11                                     )
              Debtors.                 )  ORDER ON EX PARTE APPLICATION
12                                     )  TO EXTEND RULE 26 DATES AND
                                       )  DEADLINES AND SCHEDULING
13                                     )  CONFERENCE
```

```
   _____  )
19                                     )  Adversary Proceeding No.  23-05022
20                                     )
   EDDIE PASCUA BATOON and             )
21 FLORA LLANES BATOON,                )
                                       )
22            Plaintiffs,              )
                                       )
23        v.                           )
                                       )
24                                     )
   JULIA DURWARD, as an individual and )
25 Member of Ginger Mountain Lodge LLC,)
   and DOES 1 TO 10,                   )
26                                     )
              Defendants.              )
27 _____   )

28 //
```

The Court having considered the **EX PARTE APPLICATION TO EXTEND RULE 26 DATES AND DEADLINES AND SCHEDULING CONFERENCE** ("Application") filed by JULIA DURWARD, individually and as a member of Ginger Mountain Lodge LLC ("Durward", "Defendant", or "Applicant") and good cause appearing:

IT IS HEREBY ORDER that:

1. The Application is granted.

2. The Scheduling Conference currently set for September 28 ~~26~~, 2023 is continued to November 30, 2023 at 1:30 p.m. No appearances are necessary on September 28, 2023. Status conference statements are due by November 23, 2023.

3. All Rule 26 dates/ deadlines, including dates/deadlines for the Discovery Conference and Discovery Plan, will be re-set at the November 30, 2023 Scheduling Conference.

**\*\*\*END OF ORDER\*\*\***

**Court Service List**

ECF Participants