| | |
|---|---|
| 1 | LAW OFFICE OF WILLIAM J. HEALY |
| | WILLIAM J. HEALY, #146158 |
| 2 | 748 Holbrook Pl. |
| | Sunnyvale, CA 94087 |
| 3 | Telephone: (408) 373-4680 |

The following constitutes the order of the Court.
Signed: November 14, 2023

*Stephen Johnson*
_____
Stephen L. Johnson
U.S. Bankruptcy Judge

4  ATTORNEYS FOR
   JULIA DURWARD

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

In re:                                    )
                                          ) Case No. 23-50592
EDDIE PASCUA BATOON and                   )
FLORA LLANES BATOON,                      ) CHAPTER 11
                                          )
         Debtors.                         ) **ORDER ON EX PARTE APPLICATION**
                                          ) **TO EXTEND DEFENDANT'S**
                                          ) **RESPONSE TO COMPLAINT AND**
                                          ) **ORDER DENYING TWO MOTIONS TO**
                                          ) **DISMISS**

_____ )  **Adversary Proceeding No.** 23-05022
                                          )
EDDIE PASCUA BATOON and                   )
FLORA LLANES BATOON,                      )
                                          )
         Plaintiffs,                      )
                                          )
    v.                                    )
                                          )
                                          )
JULIA DURWARD, as an individual and       )
Member of Ginger Mountain Lodge LLC,      )
and DOES 1 TO 10,                         )
                                          )
         Defendants.                      )
_____ )

//

The Court having considered the **EX PARTE APPLICATION TO EXTEND DEFENDANT'S RESPONSE TO COMPLAINT AND ORDER DENYING TWO MOTIONS TO DISMISS** ("Application") filed by JULIA DURWARD ("Durward", "Defendant", or "Applicant") and good cause appearing:

IT IS HEREBY ORDER that:

1. The Application is granted.
2. Defendant's time to respond to the Complaint and to the Court's Order Denying Two Motions to Dismiss (Doc#19) ("Order") is extended to December 14, 2023.

**\*\*\*END OF ORDER\*\*\***

**Court Service List**

ECF Participants