LAW OFFICE OF WILLIAM J. HEALY
WILLIAM J. HEALY, #146158
748 Holbrook Pl.
Sunnyvale, CA 94087
Telephone: (408) 373-4680

ATTORNEYS FOR
JULIA DURWARD

**CHANGES MADE BY COURT**

The following constitutes
the order of the court. Signed January 4, 2024

_____
**Stephen L. Johnson
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| In re: | Case No. 23-50592 |
| EDDIE PASCUA BATOON and FLORA LLANES BATOON, | CHAPTER 11 |
| Debtors. | |
| EDDIE PASCUA BATOON and FLORA LLANES BATOON, | AP Case No. 23-05022 |
| Plaintiffs, | **ORDER APPROVING STIPULATION FOR DISMISSAL AND DISMISSING ADVERSARY PROCEEDING** |
| v. | |
| JULIA DURWARD, as an individual and Member of Ginger Mountain Lodge LLC, and DOES 1 TO 10, | |
| Defendants. | |

//
//
//
//

**ORDER APPROVING STIPULATION FOR DISMISSAL AND DISMISSING ADVERSARY PROCEEDING**

# ORDER APPROVING STIPULATION FOR DISMISSAL AND DISMISSING ADVERSARY PROCEEDING

The Court, having read and considered the STIPULATION FOR DISMISSAL ("Stipulation) between EDDIE PASCUA BATOON and FLORA LLANES BATOON ("Plaintiffs" or "Batoons") and Julia Durward ("Defendant" or "Durward")(sometimes jointly "Parties) for dismissal of this Adversary Proceeding, having found notice and service were proper, and having found good cause to approve the Stipulation and therefore:

IT IS HEREBY ORDERED:

1. The Stipulation is approved.
2. This Adversary Proceeding is dismissed with prejudice.
3. Further, Durward's Amended Motion to Dismiss Adversary Proceeding (Doc#25) currently pending for hearing on January 23, 2024 is off calendar.

**\*\*\*END OF ORDER\*\*\***

**Court Service List**

All ECF Recipients